**People of the State of Illinois, Plaintiff-Appellee,
v. Lawrence Butler, Defendant-Appellant.**

**Gen. No. 52,767. (Abstract of Decision.)**

First District, Second Division.

April 22, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John E. Hughes and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Gerald T. Rohrer, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.